IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Patricia Diana Mendez, Joseph Valle, | ) | |
| Catherine McCarthy, Brian K. Turner | ) | |
| And Randy Sadler | ) | |
| individually and on behalf of all persons | ) | |
| similarly situated as | ) | CASE NO 24 CV 10867 |
| members of the Collective as permitted | ) | |
| under the Fair Labor Standards Act | ) | **Judge Thomas M. Durkin** |
| | ) | **Magistrate Judge Maria Valdez** |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| Ada S. McKinley Community Service Inc., | ) | |
| And Nestor I. Flores, | ) | |
| Jamal K. Malone, Valerie Mercer | ) | |
| Johnathan Johnson | ) | |
| as individuals | ) | |
| under FLSA and Illinois Wage Laws | ) | |
| Defendants | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants Ada S. McKinley Community Service Inc., Nestor I. Flores, Jamal K. Malone, Valerie Mercer, and Johnathan Johnson, in accordance with Federal Rule of Civil Procedure 6, requests a one-week extension, up to and including July 2, 2026, to answer or otherwise respond to Plaintiffs' Second Amended Complaint. In support of this Motion, Defendants state as follows:

1. Plaintiffs served their Second Amended Complaint on Defendants on June 11, 2026.

2. Currently, Defendants' responsive pleading is due June 25, 2026.

3. Defendants seek a one-week extension to file their responsive pleading, up to and including July 2, 2026. Defendants require additional time to prepare their responsive pleading in light of existing personal and professional obligations.

326759670v.1

2

4. Defendants have conferred with Plaintiffs regarding their extension request, and Plaintiffs do not object to Defendants' extension request.

5. This is Defendants' first request for an extension to respond to Plaintiffs' Second Amended Complaint.

6. This Motion is not brought for the purpose of delay, and neither party will be prejudiced by the requested extension.

WHEREFORE, Defendants respectfully request the Court grant this unopposed motion and extend Defendants' deadline to answer or otherwise respond to the Complaint, up to and including July 2, 2026.

DATED: June 24, 2026

Respectfully submitted,

By: /s/: *Mario D. Nimock*
One of Defendants' Attorneys
Kyle Petersen
kpetersen@seyfarth.com
Hoorya Ahmad
hahmad@seyfarth.com
Mario Nimock
mnimock@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:    (312) 460-5000
Facsimile:    (312) 460-7000

2

326759670v.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 24, 2026, they served the foregoing on Counsel for Plaintiffs via the Court's CM/ECF filing system.

John C. Ireland
Attorney for the Plaintiffs and FLSA Collective
The Law Office Of John C. Ireland
636 Spruce Street
South Elgin ILL  60177
    630-464-9675
Facsimile 630-206-0889
attorneyireland@gmail.com

*/s/ Mario D. Nimock*
Mario D. Nimock

3

326759670v.1